UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIM BRUESKE and LAURA BRUESKE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case number 4:06cv0451 TCM |
| SUMMIT RACING EQUIPMENT and FLEX-A-LITE CONSOLIDATED, | ) ) ) ) |
| Defendants. | ) |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that the case is removed from the trial docket beginning **January 16, 2007**.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty days of the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss the case, or a proposed consent judgment. **Failure to timely comply with this Order may result in the dismissal of this action with prejudice**.

/s/ Thomas C. Mummert, III

THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of December, 2006.